JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSIE LONG, III, | ) | Case No. CV 10-7781-DDP (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| L. S. McEWEN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 24, 2012

HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge